FILED
CLERK, U.S. DISTRICT COURT
APR - 9 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>     Plaintiff, <br><br> v. <br><br> BOGART PEREZ-MIRANDA <br><br>     Defendant. | Case No.: ED 12-134 M <br><br> ORDER OF DETENTION <br> (FED.R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ District of __IDAHO__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNDERLYING ALLEGATIONS / ABSCONDING
- IMMIGRATION STATUS UNDOCUMENTED
- BAIL RESOURCES INSUFFICIENT

1  and/or

2  B.  ( )  The defendant has not met his/her burden of establishing by clear and
3  convincing evidence that he/she is not likely to pose a danger to the
4  safety of any other person or the community if released under 18
5  U.S.C. § 3142(b) or (c). This finding is based on the following:

6  _____

7  _____

8  _____

9  _____

10

11

12  IT THEREFORE IS ORDERED that the defendant be detained pending the further
13  revocation proceedings.

14

15  Dated: 4/9/12

         _____
         HONORABLE DAVID T. BRISTOW
         United States Magistrate Judge